IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Daniel Hagopian, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION TO** |
| | ) | **AMEND SCHEDULING/DISCOVERY** |
| vs. | ) | **PLAN DEADLINES** |
| | ) | |
| Citation Oil & Gas Corporation and | ) | |
| Brigade Energy Services, LLC, | ) | Case No.1:22-cv-088 |
| | ) | |
| Defendants. | ) | |

On July 6, 2023, the parties filed a Stipulation to Amend Scheduling/Discovery Plan Deadlines. (Doc. No. 14). The court **ADOPTS** the parties' stipulation (Doc. No. 14) and **AMENDS** the pretrial deadlines as follows:

1. The parties shall have until October 27, 2023, to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    Plaintiff: October 27, 2023

    Defendants: November 20, 2023

    Rebuttal Experts: December 20, 2023

3. The parties shall have until January 19, 2024, to complete discovery depositions of expert witnesses

4  The parties shall have until January 19, 2024, to file other dispositive motions (summary judgment as to all or part of the case).

To ensure that it has sufficient time to consider any dispositive motions once they have been

1

filed and fully briefed, the court shall, on its own motion, continue the final pretrial conference and jury trial in this matter. Accordingly, the final pretrial conference set for April 8, 2024, shall be rescheduled for October 8, 2024, at 9:00 AM by telephone.  To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581.  The jury trial scheduled for April 22, 2024, shall be rescheduled for October 21, 2024, at 9:00 AM in Bismarck (Eagle Courtroom) before Judge Hovland.  A ten (10) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 7th day of July, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
