IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Daniel Hagopian, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Citation Oil & Gas Corporation and ) | |
| Brigade Energy Services, LLC, ) | Case No.1:22-cv-088 |
| ) | |
| Defendants. ) | |

The court held a status conference with the parties on February 5, 2025. Pursuant to its discussion with the parties, the court shall reschedule the final pretrial conference and jury trial as follows:

(1) The final pretrial conference on September 16, 2025, shall be rescheduled for January 20, 2026, at 9:00 AM by telephone. To participate in the conference, the parties should call 571-353-2301 and enter 292466149 when prompted for the "Call ID."

(2) The jury trial scheduled for September 29, 2025, shall be rescheduled for February 2, 2026, at 9:00 AM in Bismarck before Judge Hovland (Eagle Courtroom). A ten (10) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 5th day of February, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court