# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Daniel Hagopian, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Citation Oil & Gas Corporation and | ) | |
| Brigade Energy Services, LLC, | ) | Case No. 1:22-cv-088 |
| | ) | |
| Defendants. | ) | |

On June 2, 2025, the court held a status conference in the above-captioned action. For the reasons discussed above, the court shall reschedule the final pretrial conference and jury trial as follows:

(1) The final pretrial conference on January 20, 2026, shall be rescheduled for November 23, 2026, at 10:00 AM by telephone. To participate, the parties should call (571) 353-2301 and enter 292466149 follows by # when prompted for the "Call ID."

(2) The jury trial on February 2, 2026, shall be rescheduled for December 7, 2026, at 9:00 AM in Bismarck (Eagle Courtroom) before Judge Hovland. A ten (10) day trial is anticipated.

The parties shall have ten days from the date of this order to submit an amended scheduling and discovery plan for the court's review. The parties should email their proposed amended plan to ndd_J-Hochhalter@ndd.uscourts.gov.

**IT IS SO ORDERED.**

Dated this 2nd day of June, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court