# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Daniel Hagopian, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| Citation Oil & Gas Corporation, and | ) | |
| Brigade Energy Services, LLC, | ) | Case No.: 1:22-cv-00088 |
| | ) | |
| Defendants. | ) | |

On March 3, 2026, the court convened for a status conference to discuss the current trial date and potential modifications to the scheduling order. For the reasons articulated during the hearing, the Jury Trial currently scheduled for December 7, 2026, shall be rescheduled to April 19, 2027, at 9:00 AM in Bismarck Eagle Courtroom before Judge Hovland (10 days). The Final Pretrial Conference currently set for November 23, 2026, shall be rescheduled to April 6, 2027, at 9:30 AM by telephone. To participate in the Final Pretrial Conference, the parties shall call 571-353-2301 and enter ID 292466149 followed by #.

**IT IS SO ORDERED.**

Dated this 3rd day of March, 2026.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court